**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-MJ-6087-MPK |
| Plaintiff, | |
| v. | |
| GREGORY ABBOTT et al., | |
| Defendants. | |

### DEFENDANT WILLIAM MCGLASHAN, JR.'S MOTION TO MODIFY CONDITIONS OF RELEASE AND APPEARANCE

Pursuant to 18 U.S.C. §§ 3145(a)(2) and 3142(b)–(c), Defendant William E. McGlashan, Jr. ("Mr. McGlashan"), by and through his undersigned counsel, hereby moves for a modification of his conditions of release to remove international travel restrictions and the requirement that he surrender his passport and other documents. As set forth in the Memorandum in Support of Defendant's Motion to Modify Conditions of Release and Appearance, filed herewith, Mr. McGlashan poses no flight risk, nor does he pose any danger to the safety of any other person or the community. In the alternative, Mr. McGlashan respectfully moves this court to permit him to travel for the specific and limited purpose of a long-planned family trip from April 6 through April 12, 2019. Mr. McGlashan is filing a separate motion seeking this relief concurrently.

WHEREFORE, pursuant to 18 U.S.C. §§ 3145(a)(2) and 3142(b)–(c), Mr. McGlashan hereby respectfully moves this Court to modify the conditions of his release to allow him to retain possession of his passport and any other travel documents such that he can engage in international travel, or, in the alternative, to permit him to travel for the specific and limited purpose of the long-planned family trip from April 6 through April 12.

Dated:  March 27, 2019                              Respectfully submitted,


                                                    /s/ Jack W. Pirozzolo
John C. Hueston (*pro hac vice*)                    Jack W. Pirozzolo (BBO # 564879)
jhueston@hueston.com                                jpirozzolo@sidley.com
Marshall Camp (*pro hac vice*)                      SIDLEY AUSTIN LLP
mcamp@hueston.com                                   60 State Street, 36th Floor
HUESTON HENNIGAN LLP                                Boston, MA 02109
523 W. 6th Street, Suite 400                        (617) 223-0304
Los Angeles, CA 90014
(213) 788-4340


                                                    *Attorneys for Defendant*
                                                    *William McGlashan, Jr.*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Jack W. Pirozzolo, counsel for the Defendant, hereby certify that I have conferred with both Allyson Cormier, U.S. Probation Officer, and Eric Rosen, Assistant U.S. Attorney.  Ms. Cormier has informed me that Probation does not oppose travel so long as the Defendant continues to comply with conditions of release.  Mr. Rosen has stated that the Government opposes all international travel.


    /s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

     /s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo