# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br>v.<br><br>GREGORY ABBOTT et al.,<br><br>　　　Defendants. | Case No. 19-MJ-6087-MPK |

### DEFENDANT WILLIAM MCGLASHAN, JR.'S MOTION TO PERMIT LIMITED INTERNATIONAL TRAVEL IN APRIL 2019

　　　1.　　On March 12, 2019, Mr. McGlashan appeared in the Northern District of California on a Complaint and warrant issued by this Court charging him with a single count of conspiracy to commit mail fraud and honest services mail fraud in violation of 18 U.S.C. § 1349.

　　　2.　　At the initial appearance, U.S. Magistrate Judge Joseph C. Spero issued an Order setting conditions of release and appearance that included, among other terms, a $1 million personal appearance bond and surrender of Mr. McGlashan's passport and other travel documents.

　　　3.　　Mr. McGlashan has a long-planned family trip scheduled over his children's school break in April 2019.

　　　4.　　Mr. McGlashan is contemporaneously filing a Motion to Modify Conditions of Release and Appearance and a Memorandum in Support of the Motion requesting that this Court allow Mr. McGlashan to possess his travel documents and to travel internationally (the "Motion Papers").

　　　5.　　The Motion Papers set forth relevant facts and law in support of Mr. McGlashan's request to be permitted to travel internationally, including for purposes of the above-referenced

April 2019 trip.

6. Independent of the outcome of that motion, Mr. McGlashan respectfully requests that this court permit him to travel for purposes of the long-planned family trip from April 6 through April 12, 2019.

7. Mr. McGlashan will provide any details pertaining to this trip requested by the U.S. Probation and Pretrial Services Office.

WHEREFORE, Mr. McGlashan hereby respectfully moves this Court to allow him access to his passport and any other travel documents for the specific and limited purpose of traveling for a long-planned family trip from April 6 to April 12, 2019.

Dated:  March 27, 2019                                    Respectfully submitted,

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304


*Attorneys for Defendant
William McGlashan, Jr.*

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Jack W. Pirozzolo, counsel for the Defendant, hereby certify that I have conferred with both Allyson Cormier, U.S. Probation Officer, and Eric Rosen, Assistant U.S. Attorney.  Ms. Cormier has informed me that Probation does not oppose travel so long as the Defendant continues to comply with conditions of release.  Mr. Rosen has stated that the Government opposes all international travel.

    /s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 27, 2019, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          /s/ *Jack W. Pirozzolo*
          Jack W. Pirozzolo